# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WEI WANG, | ) | Case No. 8:20-cv-00296 -DOC |
| | ) | |
| Plaintiff, | ) | **ORDER RE JOINT** |
| | ) | **STIPULATION FOR DISMISSAL** |
| vs. | ) | **OF ENTIRE ACTION WITH** |
| | ) | **PREJUDICE** |
| HARTFORD LIFE AND ACCIDENT | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

1

**ORDER RE JOINT STIPULATION FOR DISMISSAL OF ENTIRE
ACTION WITH PREJUDICE**

1  Pursuant to the stipulation of the parties, it is hereby ORDERED that the above-
2 captioned action hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of
3 the Federal Rules of Civil Procedure, and that all parties bear their own fees and costs.

4
  DATED: June 3, 2020
5  _____
   Honorable David O. Carter
6  United States District Judge

2
**ORDER RE JOINT STIPULATION FOR DISMISSAL OF ENTIRE
ACTION WITH PREJUDICE**